# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
　　　　　　　Appellant,
　　　vs.
WILLIAM R. MILLER,
　　　　　　　Respondent.

No. 82209

FILED

FEB 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court decision declining to impose sanctions on appellant and admonishing him. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of the notice of appeal and documents submitted to this court reveals a jurisdictional defect. The district court's oral pronouncement and minute order cannot be appealed. *State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). It does not appear that the district court has entered any written order memorializing its decision. Further, appellant is not aggrieved by an order declining to impose sanctions on him and it does not appear that an order admonishing appellant is substantively appealable. *See* NRAP 3A(a) (allowing an appeal by an aggrieved party); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only

21-04038

consider appeals authorized by statute or court rule"). Accordingly, this court concludes that it lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 8
       Wilbert Roy Holmes
       William R. Miller
       Eighth District Court Clerk